**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | | Case Number: |
|---|---|---|---|
| Italia Foods, Inc., | Plaintiff | | FILED: APRIL 3, 2008 |
| v. | | | 08CV1915            AEE |
| Frain Industries, Inc., | Defendant | | JUDGE LEFKOW |
| | | | MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Frain Industries, Inc.

| |
|---|
| NAME (Type or print) |
| Kevin B. Salam |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kevin B. Salam |
| FIRM |
| Wolf Holland & Solovy, LLP |
| STREET ADDRESS |
| 40 Skokie Blvd., Ste. 105 |
| CITY/STATE/ZIP |
| Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6196745 | 224-330-1717 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐