IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITALIA FOODS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>v.<br><br>FRAIN INDUSTRIES, INC.,<br><br>            Defendant. | No. 08 C 1915<br>Judge Lefkow<br>Magistrate Judge Ashman |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ITALIA FOODS, INC., hereby files a voluntary dismissal without prejudice of the Class Action Complaint against Defendant, FRAIN INDUSTRIES, INC., as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

ITALIA FOODS, INC., individually and as the representative of a class of similarly-situated persons

By: _/s/ Brian J. Wanca_
One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2008, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Kevin Bruce Salam at:
ksalam@whs-law.com

*/s/ Brian J. Wanca*
Brian J. Wanca
Attorney for Plaintiff

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500